Argued and submitted November 9, affirmed December 19, 2007

Kellie A. BUCKWALTER,
*Plaintiff-Appellant,*

*v.*

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
an Illinois corporation,
*Defendant-Respondent.*

Washington County Circuit Court
C061117CV; A133170

174 P3d 1047

Sara L. Gabin argued the cause and filed the brief for appellant.

Thomas M. Christ argued the cause for respondent. With him on the brief was Cosgrave Vergeer Kester LLC.

Before Edmonds, Presiding Judge, and Wollheim and Sercombe, Judges.

PER CURIAM

Affirmed. *Mid-Century Ins. Co. v. Perkins,* 209 Or App 613, 149 P3d 265 (2006), *rev allowed,* 343 Or 33 (2007).